## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-3434-CAS (AJWx) | Date | May 30, 2013 |
|---|---|---|---|
| Title | VIVO PER LEI V. SULIMAN TANUS | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers:) ORDER TO SHOW CAUSE WHY REMOVAL OF THIS ACTION WAS TIMELY**

On July 2, 2012, plaintiff Vivo Per Lei, Inc., initiated the instant action in the Los Angeles County Superior Court against defendant Suliman Tanus.  Plaintiff alleges a single claim for breach of contract.  On May 14, 2013, defendant filed a notice of removal to this court on the basis of diversity jurisdiction.  See 28 U.S.C. § 1332.

Pursuant to 28 U.S.C. § 1446(b), a defendant must file the notice of removal within 30 days after being served with a copy of the complaint.  It is unclear from defendant's notice of removal when defendant received a copy of the complaint or was otherwise on notice that this action is subject to removal.  Since this action was filed on July 2, 2012, the removal of this case appears to be untimely.

Accordingly, defendant is hereby ORDERED to SHOW CAUSE within **fourteen (14) days** why the notice of removal was filed in a timely fashion under 28 U.S.C. § 1446(b).  Based on the foregoing deficiency, plaintiff may file a motion to remand on or before June 13, 2013.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |