Christopher Ditico, Bar No. 263424
cditico@mazalent.com
Vivo Per Lei Inc.
20255 Corisco Street
Chatsworth, CA 91311
Telephone:   818-886-3200
Facsimile:    818-886-3257

Attorney for Plaintiff
Vivo Per Lei Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVO PER LEI INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SULIMAN TANUS, an individual,<br><br>            Defendant. | Case No.  2:13−cv−03434−CAS−AJW<br><br>**[PROPOSED]** ~~**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**~~ |

Pursuant to the Stipulation of the Plaintiff and Defendants, the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 8, 2013

*Christina A. Snyder*
_____
Honorable Christina A. Snyder
United States District Court Judge